ACCEPTED
12-13-00363-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/16/2015 10:11:04 AM
CATHY LUSK
CLERK

# JAMES W. HUGGLER, JR.

### ATTORNEY AT LAW

Board Certified in Criminal Law
Board Certified in Criminal Appellate Law

Texas Board of Legal Specialization

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/16/2015 10:11:04 AM
CATHY S. LUSK
Clerk

April 16, 2015

Twelfth Court of Appeals
ATTN: Cathy Lusk
1517 West Front Street
Suite 354
Tyler, Texas 75702

> RE: *State of Texas v. Cody Lamont Blaylock*
> Trial Number: 114-1070-10
> Appeal Number: 12-13-00363-CR

Dear Mrs. Lusk:

I certify that I have complied with Texas Rule of Appellate Procedure 48.4 in this matter. If you have any questions, please feel free to contact me at any time.

Thank you for your attention in this matter. It is greatly appreciated.

Sincerely,

James W. Huggler, Jr.

JWH:ag

CC: Client

Mike West
Smith County District Attorney's Office

---

First Place Building • 100 East Ferguson, Suite 805 • Tyler, Texas 75702
903-593-2400 • www.jameshugglerlaw.com • Fax 903-593-3830

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006                    See Reverse for Instructions

7013 2630 0000 4405 3033

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CODY BLAYLOCK
TDCJ 01898259
CUFFIELD UNIT
2661 FM 2054
TENNESSEE COLONY TX 75884

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X L. Dorsey
☑ Agent
☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
L. DORSEY   3/12/15

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

MAR 12 2015

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7013 2630 0000 4405 3033

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540